IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RICKY CARDENAS,

    Plaintiff,

v.                                 Case No. 1:15-CV-00880 KG-SCY

MICHAEL COLLINS, LLOYD
GARCIA, LENNY QUINTANA and
CHRISTOPHER MEDINA, in their
individual capacities,

    Defendants.

## ORDER

THIS MATTER having come before the Court on Plaintiff's Unopposed Motion for Leave to File Surreply (Doc. 45), and the Court having been fully advised of the premises, the Court finds that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that Plaintiff is hereby granted leave to file a surreply in response to the additional evidence and arguments resulting from the inclusion of the transcript of the audio recordings in the reply brief filed by Defendants Michael Collins and Lloyd Garcia in support of their motion for summary judgment on July 1, 2016 (Doc. 42).

IT IS FURTHER ORDERED that Plaintiff's surreply may not exceed eight (8) pages, and shall be filed within five (5) business days from the date of this Order.

_____
UNITED STATES DISTRICT JUDGE

Submitted and approved by:

*/s/Adam S. Baker*
Adam S. Baker
Attorney for Plaintiff
Approved by:

*Approved via email on 07/20/16*
Geno I. Zamora
Attorney for Defendants Collins and Garcia


*Approved via email on 07/24/16*
Scott Hatcher
Attorney for Defendants Quintana and Medina