IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RICKY CARDENAS,

    Plaintiff,

vs.                                         Civ. No. 15-880 KG/SCY

MICHAEL COLLINS, LLOYD GARCIA,
LENNY QUINTANA, and CHRISTOPHER
MEDINA, in their individual capacities,

    Defendants.

## PARTIAL SUMMARY JUDGMENT

Having granted in part and denied in part Defendants Quintana and Medina's Motion for Summary Judgment (Doc. 22) by entering a Memorandum Opinion and Order contemporaneously with this Partial Summary Judgment,

IT IS ORDERED that

1. summary judgment is entered in favor of Defendants Lenny Quintana and Christopher Medina on the Fourth Amendment claims brought in Counts I and III of the Complaint for Civil Rights Violations and Damages (Doc. 1-1); and

2. those claims are dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE